```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       EASTERN DIVISION
```

KENNETH GANDY, #94933                                      PLAINTIFF

VERSUS                       CIVIL ACTION NO.   4:05cv143TSL-JCS

P. WILLIAM, UNKNOWN FORD,
UNKNOWN GALLY, UNKNOWN BONNER,
UNKNOWN JONE, LAWRENCE ROY GREER,
AND UNKNOWN CULLIN                                         DEFENDANTS

## **FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 11th day of October, 2006.


                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE